# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Melissa ARREDONDO<br>COB: USA<br>YOB: 1969<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-19-2036-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __08/25/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | did knowingly and intentionally possess with the intent to distribute approximately 316.5 grams of Fentanyl and 4.3 grams of Oxycodone, both Schedule II controlled substances. |
| 21 USC 952 | did knowingly and intentionally import with the intent to distribute approximately 316.5 grams of Fentanyl and 4.3 grams of Oxycodone, both Schedule II controlled substances. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

*approved by AUSA Henry*
8/27/19

Sworn to before me and signed in my presence.

*Complainant's signature*

Tanner Fullmer, HSI Special Agent
*Printed name and title*

Date: 8/27/19 - 8:30 a.m.

City and state: McAllen, Texas

*Judge's signature*

Juan F. Alanis - U.S. Magistrate Judge
*Printed name and title*

This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

On August 25, 2019, Melissa ARREDONDO (United States Citizen) presented herself for inspection and admission into the United States (US) via the pedestrian lane at the Progreso, Texas, Port of Entry (POE).

A primary Customs and Border Protection Officer (CBPO) obtained a negative declaration from ARREDONDO for drugs, medication, and other items. The CBPO asked as to the purpose of ARREDONDO's trip into Mexico and answered, "to browse around, but it was too hot, so I just turned around." The CBPO conducted a query into ARREDONDO's crossing history and discovered the ARREDONDO had crossed into Mexico on August 23, 2019. The CBPO asked ARREDONDO the purpose as to that trip into Mexico, to which ARREDONDO provided the same reason. ARREDONDO was referred to secondary inspection.

A CBPO at secondary inspection received a negative declaration for medication, drugs, and other items ARREDONDO stated that the purpose of her visit to Mexico was to look around but decided to return because it was too hot. A pat down was conducted during which the CBPO discovered 18 vials of Fentanyl (316.5 grams) and 10 pills of Oxycodone (4.3 grams) found in the pockets of her cargo shorts.

On August 25, 2019 Homeland Security Investigations (HSI) Special Agents (SAs) Tanner Fullmer and Eddie Ramirez and CBPO Isaac Martinez interviewed ARREDONDO. ARREDONDO was provided her Miranda rights in writing and agreed to answer questions without the presence of an attorney and stated the following in summary:

ARREDONDO admitted that the purpose of her trip to Mexico was to visit a pharmacy and purchase Fentanyl. ARREDONDO claimed that the Fentanyl was for her husband who suffers from extreme pain. ARREDONDO does not have a prescription for Fentanyl nor any license to import or transport a controlled substance. ARREDONDO admitted that she knew it was illegal to bring controlled substances like Fentanyl into the US. ARREDONDO admitted that she has brought Fentanyl into the US on multiple occasions, including on August 23, 2019.